**Waterworks LLC**

1627 W University Parkway
FL 34243

# Invoice

| Date | Invoice # |
|---|---|
| 12/2/2014 | 1 |

| Bill To |
|---|
| Dyad |

| Ship To |
|---|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 12/2/2014 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Auto Expense | Vehicle Mileage charge reimbursed to Josh Howell for onsite work | 2,914.53 | 2,914.53 |
| 1 | Meals & Entertain... | Meal charge reimbursed to Josh Howell for onsite work | 127.90 | 127.90 |
| 1 | Supplies | Onsite supplies | 1,309.58 | 1,309.58 |
| 1 | Travel Expense | Travel expenses | 35.33 | 35.33 |
| 1 | Transportation costs | Cash paid to driver for transportation of conveyor | 1,500.00 | 1,500.00 |
| 1 | Conveyor Equipment | Midwest Equipment - Conveyor purchase | 7,530.00 | 7,530.00 |
| 1 | Loaned Funds | Monetary loan of funds for equipment Ox Industrial for concrete mixer | 74,926.00 | 74,926.00 |
| 1 | Loaned Funds | Interest 10% for 6 months | 3,746.29998 | 3,746.30 |
| 160 | Labor Fees | Josh Howell - Onsite labor/Engineering | 140.00 | 22,400.00 |
| 160 | Labor Fees | Josh Howell reduced rate from $140 to $85 per hour | -55.00 | -8,800.00 |
| 40 | Labor Fees | Jason Capra - Onsite labor | 100.00 | 4,000.00 |
| 1 | Supplies | Inv 00278411 SM Inc | 470.99 | 470.99 |

**Total** $110,160.63



EXHIBIT "A"