# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Waterworks, LLC, a North Dakota limited liability company, | ) ) ) |
| Plaintiff, | ) **ORDER** ) |
| vs. | ) ) |
| Dyan Environmental, LLC, an Idaho limited liability company, | ) ) Case No. 1:16-cv-060 ) |
| Defendant. | ) |

On April 7, 2017, the court ordered plaintiff to submit a report by May 15, 2017, updating it on the status of this matter or otherwise showing cause why this matter should not be dismissed for failure to prosecute.

On May 15, 2017, plaintiff filed a status report advising that the parties have been in contact and are engaging in settlement negotiations. It requests that the court permit the parties to continue their efforts to resolve this matter.

Plaintiff's request is **GRANTED**. Plaintiff shall submit a report updating the court on the status of this matter by July 31, 2017.

**IT IS SO ORDERED.**

Dated this 23rd day of May, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court